IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-po-00164-CKD |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE BENCH |
| | ) | TRIAL |
| v. | ) | |
| | ) | |
| RACHEL J. ADAMS, | ) | DATE:  October 19, 2022 |
| | ) | TIME:  11:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Carolyn K. Delaney |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:22-po-00164-CKD is GRANTED.

It is further ordered that the bench trial scheduled on October 19, 2022, is vacated.

IT IS SO ORDERED.

Dated:  September 26, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS & VACATE BENCH TRIAL          1          U.S. v. RACHEL J. ADAMS